Dismissed and Memorandum Opinion filed November 12, 2004









Dismissed and
Memorandum Opinion filed November 12, 2004.

 

In The

 

Fourteenth
Court of Appeals

____________

 

NO. 14-04-00264-CV

____________

 

LEONARD
J. PRUZANSKY AND TIMOTHY FELDMAN, Appellants

 

V.

 

KARYN
K. DEAN, Appellee

 



 

On
Appeal from the 268th District Court

 Fort Bend County, Texas

Trial
Court Cause No. 04‑CV‑133751 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 12, 2004.

On November 2, 2004, the parties filed a motion to dismiss
the appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

 

 

PER CURIAM

 

 

Judgment rendered
and Memorandum Opinion filed November 12, 2004.

Panel consists of
Justices Yates, Edelman, and Guzman.